# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138971

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

EDWIN WORMSBACHER and W & F, L.L.C.,
      Plaintiffs-Appellants,

v

PHILLIP R. SEAVER TITLE COMPANY, INC.
and FIRST AMERICAN TITLE INSURANCE
COMPANY,
      Defendants-Appellees.

SC: 138971
COA: 281209
Oakland CC: 2006-078544-CZ

_____/

On order of the Court, the application for leave to appeal the May 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

Clerk

s1019